UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. ZAHID QURAISHI |
| v. | : | Crim. No. 21-729 |
| JASON KSEPKA | : | |
| | : | **WAIVER OF INDICTMENT** |

    I, Jason Ksepka, the above-named defendant, who is charged with knowingly making a false record, account, or label for, or false identification of, wildlife which was intended to be transported in foreign commerce, in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(i), being advised of the charge, the proposed Information, and my rights, hereby waive in open court on September 21, 2021, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

s/ Jason Ksepka
_____
Jason Ksepka
Defendant

_____
Linda Foster, AFPD
Counsel for Defendant

Before: _____
HONORABLE ZAHID QURAISHI
United States District Judge